**ORDERED ACCORDINGLY.**

**Dated: November 25, 2009**

1

# TIFFANY & BOSCO
P.A.

2 **2525 EAST CAMELBACK ROAD**

3 **SUITE 300**

**PHOENIX, ARIZONA 85016**

4 **TELEPHONE: (602) 255-6000**

_____

**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

5 **FACSIMILE: (602) 255-0192**

_____

6 Mark S. Bosco
State Bar No. 010167

7 Leonard J. McDonald
State Bar No. 014228

8 Attorneys for Movant

9 09-26653/0152398723

10 ### IN THE UNITED STATES BANKRUPTCY COURT

11 ### FOR THE DISTRICT OF ARIZONA

12

13 IN RE:

No. 2:09-bk-23062-RTB

14 Darimiah Pershing Hand
            Debtor.

Chapter 7

15 _____

ORDER

16 U.S. Bank National Association, as Trustee for
Citigroup Mortgage Loan Trust 2006-WFHE2

17             Movant,

(Related to Docket #22)

vs.

18

19 Darimiah Pershing Hand, Debtor, Anthony H.
Mason, Trustee.

20

            Respondents.

21 _____

22

        Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

23 Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

24 and no objection having been received, and good cause appearing therefor,

25        IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 17, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE2 is the current beneficiary and Darimiah Pershing Hand has an interest in, further described as:

Lot 128, APRIL SOUND, according to Book 226 of Maps, Page 18, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2009.

_____

JUDGE OF THE U.S. BANKRUPTCY COURT